UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NATHAN YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   1:14-cv-146-GZS |
| | ) | |
| TOWN OF BAR HARBOR, | ) | |
| | ) | |
| Defendant | ) | |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 38) filed April 23, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 25) is **GRANTED IN PART** in that Count I of the Amended Complaint (due process) is dismissed and that Count V (ADA) and Count VI (MHRA) of the Amended Complaint are dismissed for Plaintiff's failure to accommodate.  It is **ORDERED** that Defendant's Motion is otherwise **DENIED**.

Finally, it is **ORDERED** that Plaintiff's Motion for Trial on the Facts (ECF No. 28) is **GRANTED**.

                                                                  /s/ George Z. Singal
                                                                United States District Judge

Dated this 13th day of May, 2015.